## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ALICIA S. DAVIS,

Defendant.

Criminal No. 09-259-003 (JDB/JMF)

## ORDER

Upon consideration of [119] the Report and Recommendation dated April 2, 2013, the

absence of any objections thereto, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation dated April 2, 2013, is adopted; it is

further

**ORDERED** that defendant's probation is terminated successfully.

**SO ORDERED**.

_____
/s/
JOHN D. BATES
United States District Judge

Dated:  April 3, 2013